IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JAMES THOMAS, | ) |
| Plaintiff, | ) |
| v. | ) Civil No. 05-3067-CO |
| CITY OF TALENT, et al., | ) ORDER |
| Defendants. | ) |

Magistrate Judge John P. Cooney filed his Findings and Recommendation on February 10, 2006. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

1   - ORDER

Accordingly, I ADOPT Judge Cooney's Findings and Recommendation. Defendants' motion for summary judgment (#4) is granted, defendants' request for attorney's fees is denied, and the clerk of court is directed to enter judgment dismissing this case.

IT IS SO ORDERED.

DATED this \_\_5th\_\_ day of \_\_March\_\_, 2006.

_____
UNITED STATES DISTRICT JUDGE

2   - ORDER